RECEIVED
WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
SHREVEPORT, LOUISIANA
2-27-07

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 93-30009<br>CIVIL NO. 06-0834 |
| VERSUS | | |
| | * | JUDGE WALTER |
| ALFONSO RHONE | | |
| | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment herein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion to vacate, set aside, or correct sentence filed by defendant Alfonso Rhone (Document No. 27) is **DENIED as Untimely.**

THUS DONE AND SIGNED this 27 day of February, 2007, in Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION